| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Boochever, Robert | 2. Court or Organization U.S. Court Of Appeals 9th Cir. | 3. Date of Report 3/23/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 91510 Pasadena, CA 91109-1510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only. see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only. see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 APR 11 P 1:42 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | STATE OF ALASKA - JUDICIAL RETIREMENT | 49651.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | PRUDENTIAL RETIREMENT FINANCIAL CO. & JACKSON NATIONAL LIFE INSURANCE CO. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ALASKA BANK | | None | J | T | | | | | |
| 2. ALBERTSONS | A | Dividend | J | T | sold | 3/17 | J | A | |
| 3. ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 4. AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 5. AMERICAN INT'L | A | Dividend | K | T | buy | 11/2 | K | | |
| 6. BAXTER, INTL | A | Dividend | K | T | | | | | |
| 7. BECTON DICKESON | A | Dividend | K | T | | | | | |
| 8. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 9. BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 10. 31ST CA INS. FUND | A | Interest | J | T | | | | | |
| 11. CA ED, STANFORD | D | Interest | L | T | add | 5/25 | K | | |
| 12. CA EDL FAC. 6.70 11/1/24 | B | Interest | K | T | called | 11/1 | K | B | |
| 13. CA HEALTH FAC. 6.75 3/1/13 | B | Interest | K | T | | | | | |
| 14. CAL STANFORD 5.125 1/1/31 | C | Interest | K | T | add | 6/16 | K | | |
| 15. CA HFA 6.10 2/1/09 | B | Interest | K | T | part call | 2/1 | J | A | |
| 16. CA HOUSING FIN. 6.00 8/1/17 | B | Interest | K | T | called | 2/1 | K | C | |
| 17. CAL STANFORD 5.2% 12/1/27 | B | Interest | K | T | | | | | |
| 18. CA. STATE 5% 2/1/35 | C | Interest | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $ .001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CA. STATE 5/5 10/1/32 | C | Interest | K | T | | | | | |
| 20. CAL STATE 5% 2/1/08 | B | Interest | K | T | | | | | |
| 21. CAL STATE 5% 2/1/23 | B | Interest | K | T | | | | | |
| 22. CAL STATE 5.25% 1/1/21 | B | Interest | K | T | | | | | |
| 23. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 24. CA STATE 6.10 9/1/04 | A | Interest | K | T | matured | 9/1 | J | A | |
| 25. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 26. CA STATE 5.00 10/1/23 | C | Interest | L | T | | | | | |
| 27. CA STATE 5.00 11/1/22 | C | Interest | K | T | | | | | |
| 28. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 29. CA STATE 5.00 2/1/21 | C | Interest | L | T | | | | | |
| 30. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 31. CA STATE 7.20 5/1/08 | B | Interest | K | T | | | | | |
| 32. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 33. CALAVERAS U.S.D. | A | Interest | J | T | called | 3/1 | J | A | |
| 34. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 35. CALTECH 4.5 2008 | B | Interest | K | T | buy | 6/21 | K | | |
| 36. CARLSBAD, CA HOUSING | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = 1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 5

Name of Person Reporting
Boochever, Robert

Date of Report
3/23/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Citigroup VII | C | Dividend | K | T | | | | | |
| 38. COCA COLA | A | Interest | K | T | buy | 9/21 | K | | |
| 39. CONTRA COSTRO CITY, HOME MTG. REV | A | Interest | J | T | | | | | |
| 40. DAVIS, CA JR. SCHOOL DIST. | B | Interest | K | T | | | | | |
| 41. FORD MOTOR | A | Dividend | K | T | sold | 3/18 | J | A | |
| 42. FREMONT 2.25 PRE | B | Dividend | K | T | | | | | |
| 43. GE CAP 2.85 2006 | A | Interest | K | T | buy | 12/10 | K | | |
| 44. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 45. HOME DEPOT | A | Dividend | K | T | | | | | |
| 46. HOPEWELL, VA REV. | B | Interest | K | T | | | | | |
| 47. INT'L BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 48. HONEYWELL | A | Dividend | K | T | | | | | |
| 49. KERN COUNTY SFMR | A | Interest | J | T | | | | | |
| 50. LOS ANGELES, CA 5.90 12/1/26 | A | Interest | K | T | | | | | |
| 51. LOS ANGELES, CA 5.35 7/1/22 | B | Interest | K | T | | | | | |
| 52. METROPOLITAN WATER 5.00 7/1/27 | B | Interest | K | T | | | | | |
| 53. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | L | T | | | | | |
| 54. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NORWALK, CA COM. FAC. FIN. | A | Interest | K | T | | | | | |
| 56. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 57. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 58. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 59. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 60. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 61. PFIZER | A | Dividend | K | T | | | | | |
| 62. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 63. SACRAMENTO COUNTY CA COPS 6.20 2010 | A | Interest | K | T | called | 10/1 | K | B | |
| 64. SACRAMENTO COUNTY CA SAN. 5% 12/1/15 | A | Interest | K | T | | | | | |
| 65. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 66. SAN DIEGO GAS & ELEC. 6.40 2018 | A | Interest | J | T | called | 7/16 | J | A | |
| 67. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2 20 | C | Interest | K | T | | | | | |
| 68. SAN FRANCISCO IMP. BAYSHORE 6.2% 2020 | B | Interest | K | T | | | | | |
| 69. SAN JUAN, CA WATER DIS. | A | Interest | K | T | called | 2/1 | K | B | |
| 70. SARA LEE | A | Dividend | K | T | | | | | |
| 71. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |
| 72. STATE OF CA 2023 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 5

Name of Person Reporting

Boochever, Robert

Date of Report

3/23/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. SWEETWATER 2024 | A | Interest | J | T | | | | | |
| 74. UNIVERSITY OF CA REV. HOSP. 5.4% 2011 | A | Interest | K | T | called | 5/20 | K | B | |
| 75. University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 76. UST NOTES 2.75 2006 | A | Interest | K | T | buy | 12/13 | K | | |
| 77. UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 78. VERIZON | A | Dividend | K | T | | | | | |
| 79. VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 80. WELLS FARGO | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _March 25, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544